# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Gary D. Scheff, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Blue Cross Blue Shield of North Dakota, | ) | Case No. 4:15-cv-173 |
| | ) | |
| Defendant. | ) | |

The court entered an order on November 16, 2016, staying the above-entitled action. It held a status conference in the above-entitled action on November 13, 2018. Pursuant to its discussion with the parties at the conference, the court lifts the stay. Plaintiff shall have until January 1, 2019, to file a discovery motion. Defendant shall have until January 31, 2019, to file a response.

**IT IS SO ORDERED.**

Dated this 13th day of November, 2018.

                                                                 */s/ Charles S. Miller, Jr.*
                                                                  Charles S. Miller, Jr., Magistrate Judge
                                                                  United States District Court