# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gary D. Scheff, | ) **ORDER** |
| Plaintiff, | ) |
| vs. | ) |
| Blue Cross Blue Shield of North Dakota, | ) Case No.:  4:15-cv-173 |
| Defendant. | ) |

Before the Court is Plaintiff's Motion for Leave to Conduct Discovery. (Doc. No. 40). As chambers advised counsel some time ago, the administrative record has not been filed with the Court. The parties are hereby **ORDERED** to file a copy of the administrative record by May 11, 2020.

**IT IS SO ORDERED.**

Dated this 4th day of May, 2020.

*/s/  Clare R. Hochhalter*
Clare R. Hochhalter
United States Magistrate Judge

1