# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gary D. Scheff, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Blue Cross Blue Shield of North Dakota, ) | Case No. 4:15-cr-173 |
| ) | |
| Defendant. ) | |

The court shall hold a conference with the parties by telephone on April 27, 2023, at 1:30 PM CDT to discuss the status of this case and how the parties wish to proceed. To participate, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 20th day of April, 2023.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court